# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ROBERT E. SWEIGART AS SHAREHOLDER OF WILLIAM SWEIGART & SONS SANITATION SERVICE INC., ROBERT E. SWEIGART AND SUSAN DESIMONE, COEXECUTORS OF THE ESTATE OF WILLIAM SWEIGART,<br><br>Petitioners<br><br>v.<br><br>VIOLET F. SWEIGART, A/K/A VIOLET RUTH SWEIGART, A/K/A VIOLET SWEIGART, WILLIAM K. SWEIGART, WILLIAM SWEIGART & SONS SANITATION SERVICE, INC., AND BILL SWEIGART WASTE WATER INC.,<br><br>Respondents | : No. 1 MAL 2016<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2016, the Petition for Allowance of Appeal is **DENIED**.